**Pashman**Stein

**James W. Boyan III**
Attorney at Law
jboyan@pashmanstein.com
Direct: 201.270.4935

September 19, 2014

<u>VIA ELECTRONIC FILING</u>
Honorable William J. Martini, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> Re:   ***Wolfe v. Gooding & Company***
> **Civil Action No. 14-cv-4728 (WJM) (MF)**

Dear Judge Martini:

     This firm represents Plaintiff Herbert Wolfe in the above-referenced matter.  We write in support of Plaintiff's request for an adjournment of the motion date for Defendant's Motion to Dismiss.  (Docket No. 4).  Defendant has consented to this request.  This is Plaintiff's second request for an adjournment.  We previously requested and received the automatic extension pursuant to Local Civil Rule 7.1 (d) (5).  (Docket No. 5).  We respectfully request that the Court adjourn the motion date from October 6, 2014 to November 3, 2014 and enter the following briefing schedule:  Plaintiff's Opposition due by October 6, 2014 and Defendant's Reply due by October 27, 2014.  Pursuant to my conversation with Your Honor's chambers, we have provided a signature block at the bottom of this letter.  We respectfully request that Your Honor "So Order" this request.

     We thank Your Honor for your attention to this matter.

Respectfully submitted,

<u>/s/ James W. Boyan III</u>
JAMES W. BOYAN III

cc:   Paul F. Clark, Esq. (via CM/ECF)

_____
**HONORABLE WILLIAM J. MARTINI**
**UNITED STATES DISTRICT JUDGE**

Pashman Stein, PC
21 Main Street, Suite 100
Hackensack, NJ 07601
Phone: 201.488.8200
Fax: 201.488.5556
www.pashmanstein.com