UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **HERBERT WOLFE,** | : CIVIL CASE NO.: 14-cv-04728-WJM-MF |
| Plaintiff, | : |
| v. | : **ORDER** |
| **GOODING & COMPANY, INC.,** | : |
| Defendant. | : |

This Matter having coming before the Court on May 4, 2016 for a status a conference; and the Court having discussed scheduling for the remainder of the case; and the Court having considered this matter and for other good cause shown;

IT IS on this 16th day of May, 2016:

**ORDERED** that fact discovery is hereby extended to **July 30, 2016**; and it is further

**ORDERED** that any affirmative expert reports shall be delivered by **August 20, 2016**; and it is further

**ORDERED** that any responding expert report shall be delivered by **September 30, 2016**; and it further

**ORDERED** that there shall be a telephone status conference before the Undersigned on June 16, 2016 at 10:30. Defendant's counsel is directed to arrange for the conference call.

_____
MARK FALK
United States Magistrate Judge