UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HERBERT WOLFE,<br><br>                         Plaintiff,<br><br>v.<br><br>GOODING & COMPANY, INC.,<br><br>                         Defendant. | CIVIL CASE NO.: 14-cv-04728-WJM-MF<br><br>***ORDER*** |

**WHEREAS,** the parties to this action attended an inspection on March 30, 2016 with the defendant's experts of the Wolfe car which is the subject of this lawsuit;

**WHEREAS,** the defendant's experts requested an inspection of certain aspects of the Wolfe car which required the removal of the car's radiator, and other appurtenances including the sheet metal of the car;

**WHEREAS,** plaintiff objected to the removal of those items; and

**NOW, THIS MATTER** having come before the Court on April 25, 2016 for a conference; and the Court having discussed with the parties the discovery dispute related to the inspection of the Wolfe car; and the parties having conferred regarding the instant dispute related to the inspection, and Court having considered this matter and for other good cause shown;

IT IS on this __31__ day of May, 2016:

**ORDERERED AND AGREED BETWEEN THE PARTIES** that plaintiff will not permit anyone who may provide testimony in this action, or his experts, to remove the radiator and/or rear right wheel well during their inspection of the Wolfe car in order to gain access to any stampings or markings which may be obscured by these parts of the car; and

**FURTHER ORDERED AND AGREED** that plaintiff is barred from introducing evidence of such inspection in connection with this litigation.

**FURTHER ORDRED AND AGREED** that nothing in this order prohibit plaintiff from seeking to adduce evidence of prior inspections of the above mentioned stamping and markings that were previously disclosed before the date of this order. The defendant preserves all other grounds for opposing the admission of that evidence.

_____
MARK FALK
United States Magistrate Judge