UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **HERBERT WOLFE,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**GOODING & COMPANY, INC.**<br><br>    **Defendant.** | Docket No.: 14-cv-4728<br><br>**ORDER** |

**THIS MATTER** comes before the Court on the Defendant's motion for summary judgment. For the reasons set forth in the accompanying Opinion; and for good cause appearing;

**IT IS** on this 11th day of September 2017, hereby,

**ORDERED** that Defendant's motion for summary judgment is **GRANTED** with respect to Count 1 (defamation) and **DENIED** with respect to Count 2 (trade libel) and Count 3 (declaratory relief); and further

**ORDERED** that Plaintiff's claim for defamation under Count 1 of the Amended Complaint is **DISMISSED**.

_____
**WILLIAM J. MARTINI, U.S.D.J.**

1